ARKANSAS COUNTY *v.* DESHA COUNTY

01-1085                                          61 S.W.3d 840

Supreme Court of Arkansas
Opinion delivered December 13, 2001

No response.

*Rose Law Firm*, by: *Herbert C. Rule, III* and *Stephen N. Joiner*, for appellee/petitioner.

PER CURIAM. ■ Appellee, Desha County, has filed a petition for a writ of *certiorari* to complete the record pursuant to Rule 3-5 of the Rules of the Supreme Court. Appellee alleges that certain designated items are omitted from the transcript in this case. Specifically, appellee's petition states that the trial exhibits were not included within the record. Appellee requests that we require the clerk of the trial court to transmit all standard-size trial exhibits to our court. Rule 3-1(a) of the Rules of the Supreme Court provides that the record should include "exhibits." Accordingly, we grant appellee's request and order the clerk of the trial court to transmit the trial exhibits to this court.

■ Appellee also argues that various over-sized trial exhibits should have been included within the record. Rule 3-1(j) of the Rules of the Supreme Court states that "documents of unusual bulk or weight" may be filed with our court upon direction of the "party" or "the clerk of the court." Appellee contends that "the trial court's transcript and the appellant's abstract of the testimony will be impossible to follow unless these exhibits are part of the record." Because these exhibits may be vital to our consideration of this case, we direct the clerk of the trial court to transmit these exhibits to this court.[1]

■ Finally, appellee contends that appellant should bear the costs associated with supplementing the record. Pursuant to Rule 4-2 of the Rules of the Supreme Court, the proper time to assess costs to appellant for failure to properly abstract the case is after we take the case under consideration. Accordingly, we decline to assess any costs associated with supplementing the record at this time.

■ We grant the appellee's petition and direct that a writ of *certiorari* be issued to the clerk of the trial court to complete the

---

[1] We note that appellee does not think that it is necessary for the clerk of the trial court to transmit exhibit number forty-three to this court for our review during our consideration of this case. Because exhibit number forty-three is a cross-section of a persimmon tree, we agree with appellee and order the clerk of the trial court to retain possession of this over-sized exhibit.

record within thirty days and deliver it as soon as completed pursuant to Rule 3-5(b) of the Rules of the Supreme Court.[2]

Petition granted.

IMBER and HANNAH, JJ., not participating.

---

[2] Because the oversized exhibits are irreplaceable, they should be hand-delivered to the clerk of this court.